IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| EDENFIELD STAGES, INC. | : | CASE NO. 09-26775 |
| | : | |
| Debtor | : | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to Federal Rules of Bankruptcy Procedure 2002(a), 9007 and 9010b, please enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Labor and Industry, Unemployment Compensation Fund, a creditor and/or an interested party in the above captioned case.

Kindly add my office to the mailing Matrix and send all notices to the address listed below.

*/s/ Deborah C. Phillips*

Deborah C Phillips
Assistant Counsel
Commonwealth of Pennsylvania
Department of Labor and Industry
Office of Chief Counsel/Employment Security
914 Penn Ave. 6th Floor
Pittsburgh, Pa 15222
PA Attorney I.D. # 42141
Telephone: (412) 565-2622
Alternate Telephone: (412) 565-5757
Fax: (412) 880-0286
Email: dephillips@state.pa.us

Date: September 21, 2009

# DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to be Added to the Mailing Matrix

    I am the Attorney for the Commonwealth of Pennsylvania, Department of Labor and Industry, Unemployment Compensation Fund, a creditor or party-in-interest in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices.

    The new address should be used instead of any existing address, and added to the matrix. I have not reviewed the mailing matrix on file in this case as I am the only attorney authorized to represent this creditor in the Western District. I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supercedes and cancels all prior requests for notice by the within named creditor, and that there are no other requests to receive notices on behalf of this creditor.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2009

*/s/ Deborah C. Phillips*
Deborah C Phillips
Assistant Counsel
Commonwealth of Pennsylvania
Department of Labor and Industry
Office of Chief Counsel/Employment Security
914 Penn Ave. 6th Floor
Pittsburgh, Pa 15222

PA Attorney I.D. # 42141
Telephone: (412) 565-2622
Alternate Telephone: (412) 565-5757
Fax Number: (412) 880-0286
EMail: dephillips@state.pa.us