# New Salem Part Inventory

| Quantity | Part # | Description | Price | Total Price |
|---|---|---|---|---|
| 4 | 9c-3-39 | ?? | $2.00 | $8.00 |
| 1 | 7l-8-638 | 12 volt flasher | $67.00 | $67.00 |
| 1 | 7c-13-128 | 20 amp breaker | $26.00 | $26.00 |
| 1 | 8g-28-8 | 219 degree alarm stat | $33.00 | $33.00 |
| 2 | 8g-28-8cg | 220 degree alarm stat | $41.00 | $82.00 |
| 1 | 7k-8-367 | 24v flasher | $112.00 | $112.00 |
| 6 | 7l-5-56 | 24v relay | $22.00 | $132.00 |
| 2 | weldon flasher unit | 8 way flasher | $150.00 | $300.00 |
| 1 | 4c4z-2c105-aa | abs valve | $50.00 | $50.00 |
| 2 | 8g-27-6 | ac belt set | $50.00 | $100.00 |
| 1 | 8l-27-88 | ac compressor belt | $58.00 | $58.00 |
| 3 | 7a-8-90 | actuator | $21.00 | $63.00 |
| 2 | 9g-3-12 | Air cleaner gasket | $18.00 | $36.00 |
| 2 | 6-10-23 | air cock | $6.00 | $12.00 |
| 1 | 5131807 | air cyc fast idle | $342.00 | $342.00 |
| 1 | 4g-22-166 | air cyl | $72.00 | $72.00 |
| 1 | 6j-2-5 | air cylinder | $48.00 | $48.00 |
| 9 | 8k-52-1 | air cylinder seal | $17.00 | $153.00 |
| 1 | 7l-13-952 | air pressure guage | $78.00 | $78.00 |
| 1 | 19-11-36 | amp | $25.00 | $25.00 |
| 2 | 3c-4-171 | arm | $65.00 | $130.00 |
| 2 | 3g-4-166 | arm | $70.00 | $140.00 |
| 6 | 15j-3-6 | axle shaft stud | $1.00 | $6.00 |
| 8 | 2c-3-16 | axle spacer | $1.00 | $8.00 |
| 2 | 510 | back up alarm | $5.00 | $10.00 |
| 3 | 7l-7-107 | back up lamp | $21.00 | $63.00 |
| 1 | 4k-22-12 | baggae door cyl | $53.00 | $53.00 |
| 3 | 16c-8-41 | ball | $10.00 | $63.00 |
| 3 | 82-07789-000 | ball stud | $2.00 | $6.00 |
| 8 | 3l-31-1047 | ball stud | $2.00 | $16.00 |
| 1 | 3g-61-4 | battery channel | $20.00 | $20.00 |
| 6 | 19-5-91 | bearing | $1.00 | $6.00 |
| 2 | 3b-34-35 | bearing | $1.40 | $2.80 |
| 4 | 16g-8-66 | bearing | $13.00 | $52.00 |
| 1 | 15-2-13 | bearing | $34.00 | $34.00 |
| 1 | 7g-3-33 | bearing | $38.00 | $38.00 |
| 1 | 7b-3-185 | bearing | $46.00 | $46.00 |
| 2 | 15j-3-15 | bearing | $74.00 | $148.00 |
| 1 | 16j-2-13 | bearing | $179.00 | $179.00 |
| 2 | 15l-5-5 | bearing cone | $24.00 | $48.00 |
| 1 | 15c-2-14 | bearing cone | $33.00 | $33.00 |

Sch B - Ex. E

| Qty | Part No. | Description | Unit Price | Total |
|---|---|---|---|---|
| 2 | 15c-3-17 | bearing cone | $35.00 | $70.00 |
| 2 | 15c-3-16 | bearing cone | $64.00 | $128.00 |
| 2 | 15c-2-13 | bearing cone | $66.00 | $132.00 |
| 2 | 15j-2-4 | bearing cone | $86.00 | $172.00 |
| 2 | 2b-3-150 | bearing cup | $7.00 | $14.00 |
| 2 | 15a-2-19 | bearing cup | $12.00 | $24.00 |
| 2 | 15-2-504 | bearing cup | $21.00 | $42.00 |
| 2 | 15c-3-24 | bearing cup | $31.00 | $62.00 |
| 2 | 15c-2-25 | bearing cup | $32.00 | $64.00 |
| 2 | 15j-3-4 | bearing cup | $45.00 | $90.00 |
| 3 | k100738 | belt | $56.00 | $168.00 |
| 4 | 6l-6-414 | belt guide bearing | $39.00 | $156.00 |
| 3 | 6l-6-413 | belt guide shaft | $37.00 | $111.00 |
| 1 | 3j-5-76 | blind guide | $12.00 | $12.00 |
| 1 | 6l-6-177 | blower drive pully | $152.00 | $152.00 |
| 7 | 6g-6-7 | blower shim | $14.00 | $98.00 |
| 50 | 12-1-203 | bolt | $1.00 | $50.00 |
| 4 | 19-1-764 | bolt | $2.00 | $8.00 |
| 8 | 16g-8-69 | bolt | $6.00 | $48.00 |
| 3 | 16j-9-37 | bolt | $22.00 | $66.00 |
| 1 | 9g-4-54 | boot | $10.00 | $10.00 |
| 1 | 4b-5-22 | boot | $15.00 | $15.00 |
| 2 | 223995-01 | bracket | $2.00 | $4.00 |
| 2 | 7r-8-100 | bracket | $17.00 | $34.00 |
| 1 | 3r-35-4 | bracket | $36.00 | $36.00 |
| 2 | 3c-33-10 | bracket | $401.00 | $802.00 |
| 2 | 3c-34-7 | bracket wiper | $83.00 | $166.00 |
| 1 | 4228fd | brake blocks | $130.00 | $130.00 |
| 1 | 4398ad | brake blocks | $150.00 | $150.00 |
| 2 | 4592adx | brake blocks | $187.00 | $374.00 |
| 100 | 4j-1-75b | brake bolts | $0.35 | $35.00 |
| 50 | e-628x | brake bolts | $0.75 | $37.50 |
| 1 | 10825 | brake kit | $15.00 | $15.00 |
| 8 | 4515qhd | brake kit | $15.00 | $120.00 |
| 3 | e7899 | brake kit | $15.00 | $45.00 |
| 5 | e9064 | brake kit | $15.00 | $75.00 |
| 2 | 6004 | brake kit | $25.00 | $50.00 |
| 2 | e10869 | brake kit | $45.00 | $90.00 |
| 4 | 10841a | brake kit | $56.00 | $224.00 |
| 8 | 4703 | brake shoe | $19.00 | $152.00 |
| 4 | 4702 | brake shoe | $25.00 | $100.00 |
| 4 | 4710 | brake shoe | $27.00 | $108.00 |
| 4 | 4c-1-2 | brake shoes | $57.00 | $228.00 |
| 15 | 16g-8-6 | brush | $3.00 | $45.00 |
| 4 | 15536167 | brush | $4.00 | $16.00 |
| 8 | 16c-8-36 | brush | $13.00 | $104.00 |
| 12 | 7g-1-47 | brush asm | $6.00 | $72.00 |

| Qty | Part # | Description | Unit Price | Total |
|---|---|---|---|---|
| 13 | 7j-8-402 | brush asm | $8.00 | $104.00 |
| 20 | 7c-15-198 | brush/spring asm | $3.00 | $60.00 |
| 3 | 308 | bulb | $0.15 | $0.45 |
| 1 | 1157 | bulb | $0.19 | $0.19 |
| 6 | 1157na | bulb | $0.19 | $1.14 |
| 2 | 1638 | bulb | $0.20 | $0.40 |
| 5 | 1662 | bulb | $0.20 | $1.00 |
| 8 | 1683 | bulb | $0.20 | $1.60 |
| 14 | 1691 | bulb | $0.20 | $2.80 |
| 3 | 456 | bulb | $0.20 | $0.60 |
| 9 | 68 | bulb | $0.20 | $1.80 |
| 6 | 7511 | bulb | $0.20 | $1.20 |
| 8 | 7529 | bulb | $0.20 | $1.60 |
| 14 | 757 | bulb | $0.20 | $2.80 |
| 1 | 89 | bulb | $0.20 | $0.20 |
| 7 | 57 | bulb | $0.24 | $1.68 |
| 12 | 85 | bulb | $0.25 | $3.00 |
| 1 | 17 | bulb | $0.34 | $0.34 |
| 3 | 53 | bulb | $0.34 | $1.02 |
| 4 | 1156 | bulb | $0.45 | $1.80 |
| 9 | 1156dc | bulb | $0.45 | $4.05 |
| 5 | 1178 | bulb | $0.45 | $2.25 |
| 12 | 37 | bulb | $0.45 | $5.40 |
| 22 | 624 | bulb | $0.45 | $9.90 |
| 6 | 1203 | bulb | $0.50 | $3.00 |
| 8 | 1591 | bulb | $0.56 | $4.48 |
| 10 | 90 | bulb | $0.56 | $5.60 |
| 20 | 1638 | bulb | $0.76 | $15.20 |
| 8 | 3156 | bulb | $0.87 | $6.96 |
| 16 | 3157 | bulb | $0.98 | $15.68 |
| 1 | 9006 | bulb | $3.78 | $3.78 |
| 10 | 4636 | bulb | $5.00 | $50.00 |
| 4 | 4651 | bulb | $5.00 | $20.00 |
| 3 | 4656 | bulb | $5.00 | $15.00 |
| 3 | 6054 | bulb | $5.00 | $15.00 |
| 1 | 9500p | bulb | $5.00 | $5.00 |
| 12 | 1251 | bulb | $0.20 | $2.40 |
| 2 | 1293 | bulb | $0.20 | $0.40 |
| 1 | 1495 | bulb | $0.20 | $0.20 |
| 10 | 1829 | bulb | $0.20 | $2.00 |
| 11 | 1895 | bulb | $0.20 | $2.20 |
| 20 | 194 | bulb | $0.20 | $4.00 |
| 5 | 265 | bulb | $0.20 | $1.00 |
| 7 | 327 | bulb | $0.20 | $1.40 |
| 6 | 6423 | bulb | $0.20 | $1.20 |
| 7 | 6429 | bulb | $0.20 | $1.40 |
| 13 | 904 | bulb | $0.20 | $2.60 |

| Qty | Part # | Description | Unit Price | Total |
|---|---|---|---|---|
| 3 | rr-14 | bulb | $0.20 | $0.60 |
| 1 | 7l-8-604 | bulb test switch | $42.00 | $42.00 |
| 29 | 12j-3-107 | bushing | $1.00 | $29.00 |
| 24 | 12j-5-5 | bushing | $1.50 | $36.00 |
| 33 | 12l-5-2 | bushing | $2.00 | $66.00 |
| 1 | 3b-34-96 | bushing | $2.00 | $2.00 |
| 2 | 3f-34-57 | bushing | $2.00 | $4.00 |
| 14 | 12l-3-280 | bushing | $2.50 | $35.00 |
| 15 | 4c-4-42 | bushing | $5.00 | $75.00 |
| 6 | 6c-6-103cg | bushing | $7.00 | $42.00 |
| 1 | 16g-9-4 | bushing | $12.00 | $12.00 |
| 4 | 3b-34-104 | bushing | $10.00 | $40.00 |
| 5 | 11f-2-8 | button | $11.00 | $55.00 |
| 1 | 7f-8-9 | cable asm | $58.00 | $58.00 |
| 1 | 16k-14-94 | cage | $37.00 | $37.00 |
| 3 | 3f-31-312 | catch | $12.00 | $36.00 |
| 1 | 3f-34-27 | chamber | $32.00 | $32.00 |
| 1 | 4r-22-38 | check valve | $27.00 | $27.00 |
| 4 | 7k-8-522 | clamp | $5.00 | $20.00 |
| 2 | 685503 | clamp | $6.00 | $12.00 |
| 4 | 7l-8-20 | clearance light switch | $27.00 | $108.00 |
| 8 | 3g-34-12 | clip | $1.00 | $8.00 |
| 1 | 16g-3-13 | clutch bearing | $100.00 | $100.00 |
| 2 | 7l-8-23 | coach light switch | $45.00 | $90.00 |
| 1 | 7b-3-23 | collar | $43.00 | $43.00 |
| 2 | 4b-5-28 | collar | $75.00 | $150.00 |
| 2 | 16j-9-47 | condensor fan | $111.00 | $222.00 |
| 1 | 7l-5-55 | connector | $2.00 | $2.00 |
| 2 | 11g-2-28 | contact ring | $16.00 | $32.00 |
| 2 | 11f-2-11 | cover | $13.00 | $26.00 |
| 1 | 8g-18-53 | cradle y bracket | $25.00 | $25.00 |
| 2 | 16l-2-112 | crankshaft seal | $124.00 | $248.00 |
| 2 | 12j-3-54 | cushion | $5.00 | $10.00 |
| 1 | 6g-2-3 | cyl asm | $54.00 | $54.00 |
| 1 | 8c-24-36 | cylinder | $88.00 | $88.00 |
| 2 | 7l-8-12 | defroster switch | $40.00 | $80.00 |
| 1 | 4c-12-4 | diaphram | $7.00 | $7.00 |
| 2 | 4g-5-3cg | diaphram | $78.00 | $156.00 |
| 1 | 7k-12-21 | diode | $21.00 | $21.00 |
| 1 | 3f-32-158 | door seal | $7.00 | $7.00 |
| 1 | 4l-22-333 | door valve | $175.00 | $175.00 |
| 6 | 11r-4-6 | drag link clamp | $23.00 | $138.00 |
| 6 | 11j-4-26 | dust cover | $3.00 | $18.00 |
| 9 | 12-7-8 | element | $3.00 | $27.00 |
| 2 | 7l-8-184 | emergency switch | $30.00 | $60.00 |
| 3 | 6f-6-46 | end | $12.00 | $36.00 |
| 1 | 1m-2-47 | end asm | $32.00 | $32.00 |

| Qty | Part # | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | 1j-2-56 | end asm | $45.00 | $45.00 |
| 1 | 8c-24-33 | end bushing | $17.00 | $17.00 |
| 5 | 8l-20-157 | exhaust bracket asm | $91.00 | $455.00 |
| 2 | 2 1/4" clamp | exhaust clamp | $2.00 | $4.00 |
| 1 | 8k-19-1 | exhaust sleeve | $100.00 | $100.00 |
| 2 | condensor fan | fan | $146.00 | $292.00 |
| 2 | 8l-20-177 | fiberglass gasket | $33.00 | $66.00 |
| 1 | t03-1078 | filler strip | $22.00 | $22.00 |
| 2 | 12c-7-33 | filter | $1.00 | $2.00 |
| 2 | 12-7-2 | filter | $20.00 | $40.00 |
| 1 | 29539579 | Filter | $25.00 | $25.00 |
| 1 | 53212 | Filter | $25.00 | $25.00 |
| 9 | b7039 | Filter | $25.00 | $225.00 |
| 4 | b7177 | Filter | $25.00 | $100.00 |
| 7 | b7600 | Filter | $25.00 | $175.00 |
| 2 | bf1223-sp | Filter | $25.00 | $50.00 |
| 1 | bf5800 | Filter | $25.00 | $25.00 |
| 2 | bf588 | Filter | $25.00 | $50.00 |
| 2 | bf7633 | Filter | $25.00 | $50.00 |
| 6 | bf970 | Filter | $25.00 | $150.00 |
| 2 | bf979 | Filter | $25.00 | $50.00 |
| 4 | bt 839-10 | Filter | $25.00 | $100.00 |
| 8 | bt230 | Filter | $25.00 | $200.00 |
| 4 | bt261 | Filter | $25.00 | $100.00 |
| 5 | bt359 | Filter | $25.00 | $125.00 |
| 2 | bt8460 | Filter | $25.00 | $50.00 |
| 3 | bw5071 | Filter | $25.00 | $75.00 |
| 1 | ff5206 | Filter | $25.00 | $25.00 |
| 2 | ff5636 | Filter | $25.00 | $50.00 |
| 1 | ff5636 | Filter | $25.00 | $25.00 |
| 1 | fs1065 | Filter | $25.00 | $25.00 |
| 2 | fs-1065 | Filter | $25.00 | $50.00 |
| 6 | hf-6753 | Filter | $25.00 | $150.00 |
| 1 | lf3420 | Filter | $25.00 | $25.00 |
| 1 | lf3443 | Filter | $25.00 | $25.00 |
| 7 | lf3883 | Filter | $25.00 | $175.00 |
| 3 | lf3970 | Filter | $25.00 | $75.00 |
| 1 | lf670 | Filter | $25.00 | $25.00 |
| 1 | lf9009 | Filter | $25.00 | $25.00 |
| 1 | napa1045 | filter | $25.00 | $25.00 |
| 7 | pf7777 | Filter | $25.00 | $175.00 |
| 4 | wf2071 | Filter | $25.00 | $100.00 |
| 1 | 6-10-28 | filter disk | $6.00 | $6.00 |
| 1 | 8l-20-175 | flange | $38.00 | $38.00 |
| 2 | 7g-8-827 | flasher bracket | $3.00 | $6.00 |
| 1 | 6l-6-28 | frame plate | $5.00 | $5.00 |
| 1 | 7k-13-7 | fuel guage | $40.00 | $40.00 |

| Qty | Part # | Description | Price | Total |
|---|---|---|---|---|
| 6 | 8g-28-11 | fuel pressure switch | $63.00 | $378.00 |
| 1 | 6993827 | fuse | $24.00 | $24.00 |
| 2 | 3l-31-501 | gas spring | $96.00 | $192.00 |
| 1 | 7b-3-184 | gasket | $0.75 | $0.75 |
| 1 | 11c-8-49 | Gasket | $1.00 | $1.00 |
| 1 | 15j-3-22 | gasket | $1.00 | $1.00 |
| 2 | 12c-7-4 | gasket | $1.50 | $3.00 |
| 10 | 16g-10-18 | gasket | $1.50 | $15.00 |
| 1 | 9a-6-90 | gasket | $1.50 | $1.50 |
| 8 | 11c-8-33 | gasket | $2.00 | $16.00 |
| 2 | 7a-1-80 | gasket | $2.00 | $4.00 |
| 5 | 9r-3-35 | gasket | $2.00 | $10.00 |
| 12 | 16a-2-176 | gasket | $4.28 | $51.36 |
| 10 | 16m-2-10 | gasket | $5.00 | $50.00 |
| 11 | 16g-2-21 | gasket | $6.00 | $66.00 |
| 5 | 16g-2-63 | gasket | $6.00 | $30.00 |
| 32 | 7g-3-8 | gasket | $6.00 | $192.00 |
| 6 | 16g-2-27 | gasket | $14.00 | $84.00 |
| 6 | 16b-5-5 | gasket | $26.20 | $157.20 |
| 35 | 12-7-9 | grommet | $1.00 | $35.00 |
| 4 | 19-12-24 | grommet | $1.00 | $4.00 |
| 2 | 7g-7-136 | grommet | $1.50 | $3.00 |
| 5 | 7l-8-21 | headlight switch | $45.00 | $225.00 |
| 1 | 7j-8-99 | heat knob | $7.00 | $7.00 |
| 1 | 3j-10-131-0001 | hinge cover | $123.00 | $123.00 |
| 1 | 3j-27-98 | hinge pin | $7.00 | $7.00 |
| 1 | 7f-8-244 | holder | $5.00 | $5.00 |
| 6 | 7f-8-10 | holder | $9.00 | $54.00 |
| 3 | 11j-2-27 | horn | $12.00 | $36.00 |
| 1 | 16b-11-3 | hose fitting | $38.00 | $38.00 |
| 2 | 19-11-16 | housing | $0.80 | $1.60 |
| 2 | 1711 | hubcap | $40.00 | $80.00 |
| 1 | 8l-27-65m393 | idler pully | $71.00 | $71.00 |
| 2 | 12f-4-14 | inner spring | $2.00 | $4.00 |
| 4 | 7c-7-114 | insulator | $3.00 | $12.00 |
| 2 | 7b-8-116 | junction block | $6.00 | $12.00 |
| 1 | 7g-3-4 | key | $8.00 | $8.00 |
| 2 | 7b-3-264 | key | $9.00 | $18.00 |
| 1 | fak5455 | kig pin kit | $89.00 | $89.00 |
| 2 | 300-288 | kig pin kit | $157.00 | $314.00 |
| 1 | 9005 | lamp | $5.00 | $5.00 |
| 2 | 7g-7-135 | lamp | $11.00 | $22.00 |
| 3 | 7g-7-805 | lamp | $125.00 | $375.00 |
| 8 | 7l-7-230 | lamp asm | $42.00 | $336.00 |
| 2 | 7c-8-43 | lav switch | $9.00 | $18.00 |
| 2 | 7c-8-44 | lav switch | $9.00 | $18.00 |
| 2 | 12c-6-1 | leveling valve | $43.00 | $86.00 |

| Qty | Part # | Description | Price | Total |
|---|---|---|---|---|
| 1 | 7g-8-106 | lever | $92.00 | $92.00 |
| 2 | 26315r | light | $8.89 | $17.78 |
| 2 | 26315y | light | $8.89 | $17.78 |
| 3 | 12k-6-7 | link | $8.00 | $24.00 |
| 2 | 12b-6-1 | link asm | $5.00 | $10.00 |
| 9 | 15c-2-18 | lock | $1.00 | $9.00 |
| 2 | 3m-31-498 | lock | $43.00 | $86.00 |
| 6 | 19-3-250 | lock nut | $1.00 | $6.00 |
| 2 | 15c-2-16 | lock ring | $6.00 | $12.00 |
| 17 | 12-1-211 | lock strap | $3.00 | $51.00 |
| 40 | 2c-3-19 | lock washer | $0.25 | $10.00 |
| 2 | 3j-31-189 | locking bar | $23.00 | $46.00 |
| 1 | 7l-8-884 | low air prssure switch | $42.00 | $42.00 |
| 3 | 8g-28-9 | low air switch | $34.00 | $102.00 |
| 1 | 16l-2-69 | low pressure switch | $69.00 | $69.00 |
| 2 | 7j-12-380 | low pressure switch | $84.00 | $168.00 |
| 2 | 12f-4-18 | lower spring | $2.00 | $4.00 |
| 2 | 11r-7-7 | male end asm | $70.00 | $140.00 |
| 2 | 19-10-84 | manual water valve | $38.00 | $76.00 |
| 2 | kd-500 | marker light | $3.65 | $7.30 |
| 2 | 7r-7-105 | marker light housing | $24.00 | $48.00 |
| 2 | 7r-7-98 | marker light housing | $24.00 | $48.00 |
| 1 | 3l-22-113 | mirror | $32.00 | $32.00 |
| 1 | 2" clamp | muffle clamp | $1.75 | $1.75 |
| 1 | 16c-10-41 | name plate | $10.00 | $10.00 |
| 1 | 7g-8-156 | neutral switch | $12.00 | $12.00 |
| 1 | 7r-5-2 | NLA | $2.00 | $2.00 |
| 1 | 12a-6-7 | NLA | $5.00 | $5.00 |
| 3 | 4f-6-30 | NLA | $5.00 | $15.00 |
| 3 | 7c-5-15 | NLA | $5.00 | $15.00 |
| 18 | 109143000 | nut | $1.00 | $18.00 |
| 5 | 4j-2-12 | nut | $1.00 | $5.00 |
| 4 | 2c-3-18 | nut | $2.00 | $8.00 |
| 16 | 12j-3-164 | nut | $4.00 | $64.00 |
| 2 | 3r-34-62 | nut | $10.00 | $20.00 |
| 1 | 4b-5-17 | o ring | $0.56 | $0.56 |
| 2 | 8r-10-10 | oil filter cap | $19.00 | $38.00 |
| 1 | 8g-28-1 | oil pressure sending unit | $40.00 | $40.00 |
| 2 | 8m-28-2 | oil pressure sending unit | $586.00 | $1,172.00 |
| 18 | 4f-4-14 | oil seal | $1.00 | $18.00 |
| 2 | 6f-10-11 | oil seal | $3.00 | $6.00 |
| 3 | 6k-6-21 | oil seal | $10.00 | $30.00 |
| 1 | 7b-3-180 | oil seal | $16.00 | $16.00 |
| 1 | 7g-8-288 | oil sender | $16.00 | $16.00 |
| 2 | 6-10-25 | oiler felt | $6.00 | $12.00 |
| 6 | 1081 | oring | $0.20 | $1.20 |
| 2 | 2017 | oring | $0.20 | $0.40 |

| Qty | Part # | Description | Unit Price | Total |
|---|---|---|---|---|
| 7 | 8f-32-34 | oring | $0.20 | $1.40 |
| 2 | 8g-32-23 | oring | $0.20 | $0.40 |
| 4 | 9877 | oring | $0.20 | $0.80 |
| 10 | 3b-34-25 | oring | $0.30 | $3.00 |
| 4 | 16-16-1119 | oring | $1.00 | $4.00 |
| 1 | 19-9-8 | oring | $1.00 | $1.00 |
| 2 | 7b-3-170 | oring | $2.00 | $4.00 |
| 6 | 4c-5-13 | oring | $0.50 | $3.00 |
| 8 | 2m-6-23 | oring | $0.50 | $4.00 |
| 8 | 2m-6-24 | oring | $0.50 | $4.00 |
| 2 | 4-2-970 | pancake | $3.80 | $7.60 |
| 1 | 7j-8-321 | parcel rack motor | $205.00 | $205.00 |
| 11 | 4c-5-6 | pin | $1.50 | $16.50 |
| 8 | 033695000 | pin | $5.00 | $40.00 |
| 1 | 8c-24-34 | piston | $17.00 | $17.00 |
| 1 | 4r-22-8 | piston | $22.00 | $22.00 |
| 1 | 5j-5-20 | pivot pin | $9.00 | $9.00 |
| 1 | 6r-8-8 | plate | $5.00 | $5.00 |
| 3 | 7g-8-109 | plate | $5.00 | $15.00 |
| 1 | 7r-8-61 | plate | $12.00 | $12.00 |
| 1 | 7c-8-185 | plate | $20.00 | $20.00 |
| 1 | 7r-8-66 | plate | $82.00 | $82.00 |
| 3 | 7g-7-172 | plug | $1.50 | $4.50 |
| 10 | 3a-56-178 | plug | $5.00 | $50.00 |
| 2 | 11l-1-56 | port plug and o ring kit | $11.00 | $22.00 |
| 1 | 4b-28-1 | pp2 valve | $82.00 | $82.00 |
| 1 | 4r-14-2 | pressure switch | $50.00 | $50.00 |
| 1 | 16l-2-36 | pressure switch | $65.00 | $65.00 |
| 1 | 11c-8-37 | ps filter | $5.00 | $5.00 |
| 1 | 4k-19-6 | purge valve kit | $9.00 | $9.00 |
| 2 | 4c-5-3 | push rod | $11.00 | $22.00 |
| 1 | 4l-5-33 | push rod yoke | $12.00 | $12.00 |
| 1 | 102626 | r12 valve | $76.00 | $76.00 |
| 1 | 4r-11-1 | r-8 relay valve | $154.00 | $154.00 |
| 7 | 6k-1-3 | radiator rubber mount | $46.00 | $322.00 |
| 4 | 12j-1-35 | radius rod bushing | $20.00 | $80.00 |
| 2 | 12j-1-133 | radius rod bushing | $24.00 | $48.00 |
| 10 | 19-11-61 | receptical | $10.00 | $100.00 |
| 2 | 3l-33-1 | reflector | $2.00 | $4.00 |
| 1 | 3f-33-2 | reflector | $7.00 | $7.00 |
| 1 | 3f-33-3 | reflector | $7.00 | $7.00 |
| 2 | 7g-4-4cg | regulator board | $70.00 | $140.00 |
| 3 | 7d-5-1 | relay | $14.00 | $42.00 |
| 5 | 12f-4-33 | repair kit | $20.00 | $100.00 |
| 1 | 7l-8-589 | resister | $43.00 | $43.00 |
| 6 | 3b-34-102 | retainer | $2.00 | $12.00 |
| 2 | 4m-5-26 | retainer | $5.00 | $10.00 |

| Qty | Part # | Description | Price | Total |
|---|---|---|---|---|
| 1 | 7b-3-186 | retainer | $28.00 | $28.00 |
| 2 | 7g-8-157 | reverse switch | $9.00 | $18.00 |
| 4 | 7l-7-7 | rh signal lamp asm | $73.00 | $292.00 |
| 1 | 2m-6-5 | ring | $20.00 | $20.00 |
| 2 | 4c-7-41 | ring set | $92.00 | $184.00 |
| 70 | 19-13-138 | rivit | $0.02 | $1.40 |
| 2 | 3g-31-150 | rod | $24.00 | $48.00 |
| 2 | 6b-10-13 | rod end | $50.00 | $100.00 |
| 2 | 7c-8-189 | roller | $2.00 | $4.00 |
| 8 | 4b-5-29 | roller | $2.50 | $20.00 |
| 3 | 4c-1-9 | roller | $4.00 | $12.00 |
| 12 | 17-40083-00 | Spring | $3.00 | $36.00 |
| 6 | 17-44111-00 | valve | $14.00 | $84.00 |
| 1 | 19-1-590 | screw | $0.27 | $0.27 |
| 5 | 19-1-643 | screw | $2.00 | $10.00 |
| 1 | 19-1-661 | screw | $0.28 | $0.28 |
| 4 | 19-1-68 | screw | $0.27 | $1.08 |
| 5 | 234100 | diaphram | $4.00 | $20.00 |
| 3 | 234101 | diaphram | $4.00 | $12.00 |
| 1 | 23523003 | alternator belt | $74.00 | $74.00 |
| 1 | 25877 | cone | $8.00 | $8.00 |
| 1 | 277263 | shaft | $5.00 | $5.00 |
| 3 | 29515691 | b500r output seal | $70.00 | $210.00 |
| 1 | 33287 | tappered cone | $5.00 | $5.00 |
| 1 | 39590 | bearing cone | $16.00 | $16.00 |
| 2 | 653 | bearing cup | $18.00 | $36.00 |
| 1 | t182 | thrust bearing | $33.00 | $33.00 |
| 1 | 104358x | ad9 cart | $55.00 | $55.00 |
| 1 | 3l-34-7 | washer | $20.00 | $20.00 |
| 1 | 3r-20-14 | washer | $0.20 | $0.20 |
| 3 | 4b-5-37 | felt filter | $1.00 | $3.00 |
| 5 | 4c-3-82 | stud | $12.00 | $60.00 |
| 11 | 4c-4-4 | spider brake | $75.00 | $825.00 |
| 5 | 4c-5-31 | bolt | $2.00 | $10.00 |
| 40 | 4f-22-18 | oring | $0.15 | $6.00 |
| 60 | 4f-22-19 | oring | $0.14 | $8.40 |
| 1 | 4l-22-17 | dump valve | $24.00 | $24.00 |
| 1 | 5003769 | retarter main kit | $459.00 | $459.00 |
| 1 | 5004341 | ad9 valve | $35.00 | $35.00 |
| 3 | 5005037 | purge kit | $35.00 | $105.00 |
| 4 | 5120720 | belt tensioner | $48.00 | $192.00 |
| 11 | 52-18 | wiper blade | $10.00 | $110.00 |
| 10 | 52-27 | wiper blade | $30.00 | $300.00 |
| 1 | 54989 | elbow | $2.00 | $2.00 |
| 2 | 6c-10-4cg | piston | $28.00 | $56.00 |
| 2 | 7a-1-75 | snapring | $0.39 | $0.78 |
| 2 | 7c-3-11 | locknut | $0.20 | $0.40 |

| Qty | Part Number | Description | Unit Price | Total |
|---|---|---|---|---|
| 16 | 7c-3-12 | locknut | $0.20 | $3.20 |
| 1 | 7c-8-56 | marker switch | $12.00 | $12.00 |
| 1 | 7f-8-85 | buzzer | $35.00 | $35.00 |
| 2 | 7g-3-6 | nut | $13.00 | $26.00 |
| 3 | 7g-5-24 | 24 volt relay | $18.00 | $54.00 |
| 1 | 7j-7-86 | headlight sash | $100.00 | $100.00 |
| 1 | 7r-3-82 | washer | $4.00 | $4.00 |
| 1 | 7r-7-10 | lens | $3.00 | $3.00 |
| 10 | 8b-24-50 | end link | $35.00 | $350.00 |
| 2 | 8c-18-82 | nut | $1.50 | $3.00 |
| 1 | 8f-27-7 | A/C belt | $50.00 | $50.00 |
| 2 | 8g-28-2 | oil pressure guage | $47.00 | $94.00 |
| 1 | 8l-27-5 | tensioner | $113.00 | $113.00 |
| 1 | 8l-27-97 | belt | $35.00 | $35.00 |
| 1 | 8l-27-99 | belt | $49.00 | $49.00 |
| 1 | 8l-28-94 | air pressure switch | $85.00 | $85.00 |
| 6 | 9r-4-9 | spring | $3.00 | $18.00 |
| 2 | c-304 | filter drier | $61.00 | $122.00 |
| 1 | 102802 | main kit | $23.00 | $23.00 |
| 4 | 107794x | ad 9 cart | $35.00 | $140.00 |
| 5 | 12175 | bearing cone | $20.00 | $100.00 |
| 15 | 12a-6-19 | repair kit | $14.00 | $210.00 |
| 1 | 12k-1-14 | u bolt | $5.00 | $5.00 |
| 2 | 15a-2-39 | bearing | $22.00 | $44.00 |
| 14 | 15c-3-13 | screw | $0.20 | $2.80 |
| 1 | 15g-3-8 | stud | $6.00 | $6.00 |
| 8 | 15l-3-12 | nut | $4.00 | $32.00 |
| 1 | 15r-3-4 | hub asm | $25.00 | $25.00 |
| 1 | 16g-3-15 | ring | $11.00 | $11.00 |
| 1 | 16g-3-16 | ring | $3.00 | $3.00 |
| 25 | 19-1-137 | screw | $0.05 | $1.25 |
| 30 | 19-1-533 | screw | $0.05 | $1.50 |
| 10 | 19-13-24 | rivit | $0.10 | $1.00 |
| 16 | 2j-6-24 | washer | $0.50 | $8.00 |
| 2 | 2l-3-63 | pinnion seal | $50.00 | $100.00 |
| 1 | 303-265 | oring | $2.00 | $2.00 |
| 3 | 370066a | seal | $54.00 | $162.00 |
| 1 | 3c-33-40 | reflector | $7.00 | $7.00 |
| 25 | 3j-33-50 | bolt | $0.50 | $12.50 |
| 1 | 82682 | piston felt | $2.00 | $2.00 |
| 1 | hfb700000 | steering seal | $90.00 | $90.00 |
| 6 | 7r-7-111 | rubber boot | $2.50 | $15.00 |
| 2 | 8l-18-348 | rubber mount | $16.00 | $32.00 |
| 20 | 3j-34-42 | saddle link asm | $4.00 | $80.00 |
| 1 | 4j-4-14 | scam | $95.00 | $95.00 |
| 1 | 4l-4-57 | scam | $295.00 | $295.00 |
| 1 | 4l-4-58 | scam | $295.00 | $295.00 |

| Qty | Part # | Description | Unit Price | Total |
|---|---|---|---|---|
| 6 | 7b-3-17 | screw | $1.00 | $6.00 |
| 5 | 7g-3-9 | screw | $1.00 | $5.00 |
| 2 | 7l-7-231 | screw | $1.00 | $2.00 |
| 4 | 11f-2-14 | screw | $0.05 | $0.20 |
| 1 | 11l-1-50 | screw | $1.00 | $1.00 |
| 5 | 13b-6-7 | screw | $1.00 | $5.00 |
| 15 | 19-1-121 | screw | $1.00 | $15.00 |
| 1 | 11l-1-55 | screw | $8.00 | $8.00 |
| 2 | 16a-10-106 | seal | $3.00 | $6.00 |
| 3 | 13b-2-89 | seal | $4.00 | $12.00 |
| 4 | 6r-8-10 | seal | $5.00 | $20.00 |
| 1 | 13b-2-90 | seal | $14.00 | $14.00 |
| 2 | 16k-12-30 | seal | $20.00 | $40.00 |
| 4 | 15c-3-34 | seal | $36.00 | $144.00 |
| 2 | 15l-2-4 | seal | $37.00 | $74.00 |
| 5 | 15r-2-9 | seal | $38.00 | $190.00 |
| 2 | 15r-3-8 | seal | $38.00 | $76.00 |
| 2 | 15j-3-11 | seal | $42.00 | $84.00 |
| 1 | 3l-34-9 | seal | $46.00 | $46.00 |
| 1 | 1885812c91 | seal | $30.00 | $30.00 |
| 6 | 34384 | seal | $30.00 | $180.00 |
| 3 | 35058 | seal | $30.00 | $90.00 |
| 2 | 35066 | seal | $30.00 | $60.00 |
| 4 | 370001a | seal | $30.00 | $120.00 |
| 4 | 370047 | seal | $30.00 | $120.00 |
| 2 | 370211a | seal | $30.00 | $60.00 |
| 2 | 38776 | seal | $30.00 | $60.00 |
| 10 | 38780 | seal | $30.00 | $300.00 |
| 4 | 39480 | seal | $30.00 | $120.00 |
| 27 | 4-4-25 | seal | $30.00 | $810.00 |
| 4 | 3r-34-19 | seal | $4.00 | $16.00 |
| 2 | 8f-32-35 | seal ring | $0.85 | $1.70 |
| 8 | 8f-32-80 | seal ring | $0.85 | $6.80 |
| 3 | 8b-19-20 | seal ring | $38.00 | $114.00 |
| 1 | 4m-7-6 | seat | $2.00 | $2.00 |
| 1 | 7g-8-125 | sensor | $49.00 | $49.00 |
| 1 | 2r-3-33 | shim | $2.00 | $2.00 |
| 2 | 6b-6-82 | shim | $4.00 | $8.00 |
| 13 | 6f-6-45 | shim | $15.00 | $195.00 |
| 1 | c12c81a | shock | $35.00 | $35.00 |
| 1 | 501906c91 | shock | $47.00 | $47.00 |
| 13 | 145054-000 | shock | $54.00 | $702.00 |
| 4 | t40128ba | shock | $55.00 | $220.00 |
| 1 | t80617ba | shock | $56.00 | $56.00 |
| 1 | t70212ba | shock | $78.00 | $78.00 |
| 5 | 40010141 | slack adjuster | $76.00 | $380.00 |
| 2 | 30010015 | slack adjuster | $115.00 | $230.00 |

| Qty | Part Number | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | 41910440 | slack adjuster | $125.00 | $125.00 |
| 1 | 41910447 | slack adjuster | $125.00 | $125.00 |
| 10 | 7b-3-148 | sleeve | $1.00 | $10.00 |
| 13 | 7b-3-220 | sleeve | $1.00 | $13.00 |
| 3 | 4b-5-16 | sleeve | $10.00 | $30.00 |
| 2 | 2f-6-87 | sleeve | $16.00 | $32.00 |
| 4 | 4l-1-54 | slide pin bushing | $15.00 | $60.00 |
| 2 | 4l-1-70 | slide pin repair kit | $117.00 | $234.00 |
| 2 | 9g-4-99 | slip link kit | $22.00 | $44.00 |
| 1 | 9g-4-74 | snap n joint ball | $8.00 | $8.00 |
| 10 | 4a-4-18 | snap ring | $0.25 | $2.50 |
| 1 | 8r-18-25 | snap ring | $15.00 | $15.00 |
| 20 | 4-1-16 | snap ring | $0.24 | $4.80 |
| 5 | 7b-8-14 | socket | $2.00 | $10.00 |
| 4 | 7l-7-181 | socket | $4.00 | $16.00 |
| 2 | 7r-7-102 | socket | $9.00 | $18.00 |
| 1 | 7l-7-150 | socket | $15.00 | $15.00 |
| 2 | 7g-7-217 | socket | $23.00 | $46.00 |
| 15 | 7l-8-608 | socket asm | $12.00 | $180.00 |
| 2 | 7r-3-100 | spacer | $1.50 | $3.00 |
| 3 | 7r-3-29 | spacer | $2.00 | $6.00 |
| 1 | 7b-3-183 | spacer | $5.00 | $5.00 |
| 2 | 3r-33-1 | spacer | $8.00 | $16.00 |
| 2 | 8l-27-102 | spacer | $8.00 | $16.00 |
| 1 | 7b-3-188 | spacer | $20.00 | $20.00 |
| 7 | 3r-34-25 | sprayer | $5.98 | $41.86 |
| 20 | 12-7-7 | spring | $1.50 | $30.00 |
| 6 | 12c-7-35 | spring | $2.00 | $12.00 |
| 3 | 223764-03 | spring | $2.00 | $6.00 |
| 4 | 4c-4-19 | spring | $3.00 | $12.00 |
| 1 | 7c-8-190 | spring | $4.00 | $4.00 |
| 2 | 3f-10-144 | spring | $4.00 | $8.00 |
| 1 | 5j-5-45 | spring | $11.00 | $11.00 |
| 1 | 3g-31-70 | spring | $13.00 | $13.00 |
| 1 | 3f-29-353 | spring | $14.00 | $14.00 |
| 1 | 4m-5-5 | spring | $21.00 | $21.00 |
| 1 | 12l-1-126 | spring | $151.00 | $151.00 |
| 2 | 4-7-13 | spring | $4.00 | $8.00 |
| 2 | 3g-30-11 | spring catch | $22.00 | $44.00 |
| 3 | 19-2-125 | spring washer | $1.00 | $3.00 |
| 1 | 830620 | stater drive | $40.00 | $40.00 |
| 2 | 4l-13-60 | stop/parking switch | $101.00 | $202.00 |
| 2 | 3l-31-1510 | strap | $22.00 | $44.00 |
| 21 | 12-1-207 | stud | $2.50 | $52.50 |
| 15 | 15c-3-32 | stud | $4.00 | $60.00 |
| 5 | 4l-6-32 | stud | $5.00 | $25.00 |
| 2 | 7r-3-26 | stud | $5.00 | $10.00 |

| Qty | Part Number | Description | Unit Price | Total |
|---|---|---|---|---|
| 4 | 7b-3-215 | stud | $20.00 | $80.00 |
| 10 | 15j-3-35 | stud lh | $10.00 | $100.00 |
| 22 | 15r-2-11 | stud lh | $14.00 | $308.00 |
| 2 | 15c-3-37 | stud lh | $26.00 | $52.00 |
| 8 | 15j-3-38 | stud rh | $10.00 | $80.00 |
| 8 | 15c-3-38 | stud rh | $26.00 | $208.00 |
| 1 | 12c-7-7 | support | $10.00 | $10.00 |
| 1 | 3g-5-54 | support bracket | $7.00 | $7.00 |
| 1 | 7b-8-148 | switch | $9.00 | $9.00 |
| 2 | 7c-8-104 | switch | $15.00 | $30.00 |
| 2 | 11l-2-50 | switch | $20.00 | $40.00 |
| 1 | 16g-10-43 | switch | $74.00 | $74.00 |
| 1 | 4l-13-54 | switch | $180.00 | $180.00 |
| 1 | 7r-8-153 | switch bait disk | $171.00 | $171.00 |
| 2 | 7j-8-442 | switch topper | $3.00 | $6.00 |
| 1 | 4k-22-41 | tag axle regulator | $25.00 | $25.00 |
| 4 | 7l-7-9 | tailight refector strip | $8.00 | $32.00 |
| 25 | 3r-11-32 | tbolt | $3.00 | $75.00 |
| 1 | 7l-8-121 | test button switch | $15.00 | $15.00 |
| 2 | 23503825 | thermostat | $18.00 | $36.00 |
| 2 | 3r-34-46 | tip | $16.00 | $32.00 |
| 1 | 6f-6-42 | tube | $5.00 | $5.00 |
| 1 | 16g-11-52 | tube | $12.00 | $12.00 |
| 1 | 23505898 | tube | $20.00 | $20.00 |
| 2 | 7k-8-34 | turn signal relay | $39.00 | $78.00 |
| 1 | 11g-2-44 | u joint | $31.00 | $31.00 |
| 2 | 6.3-86-18 | u joint straps | $19.67 | $39.34 |
| 1 | 107515 | unloader | $24.00 | $24.00 |
| 1 | 16g-2-77 | unloader | $145.00 | $145.00 |
| 1 | 16g-2-76 | unloader valve | $28.00 | $28.00 |
| 2 | 12f-4-5 | upper spring | $2.00 | $4.00 |
| 3 | 8f-27-1 | v belt blower drive | $48.00 | $144.00 |
| 1 | 3g-34-21 | valve | $10.00 | $10.00 |
| 6 | 16g-2-69 | Valve | $18.00 | $108.00 |
| 1 | 4f-22-34 | valve | $37.00 | $37.00 |
| 1 | bx065212 | valve | $45.00 | $45.00 |
| 5 | 3j-34-12 | valve | $41.00 | $205.00 |
| 1 | 12a-6-59 | valve repair kit | $14.00 | $14.00 |
| 1 | 16l-10-147 | valve solenoid | $44.00 | $44.00 |
| 3 | 15l-1-145 | valve stem kit | $28.00 | $84.00 |
| 2 | 9a-6-96 | vent cap breather | $11.00 | $22.00 |
| 1 | 7k-13-10 | voltmeter | $38.00 | $38.00 |
| 25 | 15c-3-14 | washer | $0.50 | $12.50 |
| 5 | 4c-1-27 | washer | $0.75 | $3.75 |
| 1 | 7b-3-219 | washer | $0.75 | $0.75 |
| 12 | 035036000 | washer | $1.00 | $12.00 |
| 12 | 4c-4-18 | washer | $1.00 | $12.00 |

| Qty | Part Number | Description | Unit Price | Total |
|---|---|---|---|---|
| 5 | 11c-8-36 | washer | $1.50 | $7.50 |
| 13 | 12j-3-105 | washer | $2.00 | $26.00 |
| 8 | 12j-3-106 | washer | $2.00 | $16.00 |
| 4 | 3r-21-9 | washer | $2.00 | $8.00 |
| 5 | 4c-4-14 | washer | $2.00 | $10.00 |
| 21 | 4l-1-34 | washer | $2.00 | $42.00 |
| 5 | 7r-3-97 | washer | $3.00 | $15.00 |
| 21 | 15c-2-12 | washer | $6.00 | $126.00 |
| 2 | 12a-1-101 | washer | $18.00 | $36.00 |
| 2 | 2m-6-9 | washer | $44.00 | $88.00 |
| 2 | 3l-34-4 | washer nozzel | $82.00 | $164.00 |
| 1 | 7g-8-4 | water sending unit | $15.00 | $15.00 |
| 25 | 15-3-18 | wheel nut | $2.00 | $50.00 |
| 32 | 15-3-20 | wheel nut | $2.00 | $64.00 |
| 19 | 1835 | wheel stud | $1.25 | $23.75 |
| 50 | e-4963 | wheel stud | $1.25 | $62.50 |
| 22 | e-5977-l | wheel stud | $1.25 | $27.50 |
| 5 | e-5977-r | wheel stud | $1.25 | $6.25 |
| 6 | e-7896-l | wheel stud | $1.25 | $7.50 |
| 2 | e-7896-r | wheel stud | $1.25 | $2.50 |
| 20 | l1831 | wheel stud | $1.25 | $25.00 |
| 20 | l1832 | wheel stud | $1.25 | $25.00 |
| 20 | l1836 | wheel stud | $1.25 | $25.00 |
| 4 | wet wiper arm | wiper arm | $155.00 | $620.00 |
| 2 | 4m-5-22 | wiper seal | $14.00 | $28.00 |
| 1 | 7g-12-328 | wiring asm | $108.00 | $108.00 |
| 1 | 9c-4-23 | yoke | $8.00 | $8.00 |
| 3 | 4-4-4111-1x | yoke | $67.00 | $201.00 |
| | | Misc Shop Supplies and Fluids | | $7,000.00 |
| | | | TOTAL | $47,173.26 |

As of 10/14/09