# Edenfield Stages, Inc.
## Case No. 09-26775-JAD
### Business Expense Detail

**Expense**

| | |
|---|---:|
| 4100 · Customer Refund | 2,012.00 |
| 5000 · Tour Expense | 25,633.00 |
| 5000-Tolls | 450.00 |
| 5010-Vehicle Capital | 13,239.87 |
| 5100 · Vehicle Repair | 30,622.00 |
| 6120 · Bank Service Charges | 1,250.00 |
| 6180 · Vehicle Ins | 20,297.17 |
| 6230 · Licenses and Permits | 161.00 |
| 6240 · Driver's Expense | 2,000.00 |
| 6250 · Postage and Delivery | 291.67 |
| 6260 · Printing and Reproduction | 712.00 |
| 6263 · Advertising | 334.75 |
| 6265 · Newspaper Advertising | 547.33 |
| 6270 · Professional Fees | 7,332.67 |
| 6300 · Repairs | 254.58 |
| 6340 · Telephone | 1,286.67 |
| 6350 · Travel & Ent | 416.66 |
| 6390 · Utilities | 2,764.18 |
| 6560 · Wages | 130,623.78 |
| 6561- Health Ins | 14,540.75 |
| 6562-Officer Life | 95.92 |
| 6563-Pension | 2,044.41 |
| 6564-STD/LTD/Life Ins | 1,500.00 |
| 6565-Payroll Based Exp | 13,605.83 |
| 6566- Workers Comp | 6,895.04 |
| 6600 · Office Expense | 1,000.00 |
| 6700 · Tax | 416.00 |
| 6800 · Fuel | 41,988.00 |
| 6900 · Facilities Expense | 1,749.00 |
| **Total Expense** | **324,064.28** |

| | |
|---|---:|
| **Net Ordinary Income** | 29,082.25 |

**Other Expense**

| | |
|---|---:|
| 8010 · Mortgage PNC | 14,500.00 |
| **Total Other Expense** | **14,500.00** |

| | |
|---|---:|
| **Net Income** | **14,582.25** |