UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

Edenfield Stages, Inc. ) Case No. 09-26775-TPA
)
       Debtor(s) ) Chapter 11

## EMPLOYEE INCOME RECORD

No employee income record is required.

___09/15/2009___                         _/s/ Brian P. Cavanaugh_
Date                                   Signature of Attorney

                                      Stewart, McArdle, Sorice, Whalen,
                                      Farrell, Finoli & Cavanaugh, LLC
                                      Name of law firm