# Edenfield Stages Inc
# Trial Balance
## As of May 31, 2009

|  | May 31, 09 Debit | May 31, 09 Credit |
|---|---:|---:|
| CD #1 | 15,000.00 |  |
| Irwin Bank |  | 73,949.97 |
| National City Bank | 0.00 |  |
| Officer Loan | 0.00 |  |
| Petty Cash - Shop | 700.00 |  |
| Petty Cash - Tours | 2,402.02 |  |
| PNC-other | 0.00 |  |
| PNC Checking | 1,065.39 |  |
| A/R | 50,205.43 |  |
| Retail Tour Income | 0.00 |  |
| INVENTORY-FUEL | 39,600.00 |  |
| INVENTORY-PARTS | 80,047.19 |  |
| LANCER LOC | 20,000.00 |  |
| Prepaid Federal Tax | 0.00 |  |
| Prepaid Insurance | 0.00 |  |
| Prepaid Lease | 0.00 |  |
| Accumulated Depreciation |  | 2,098,071.03 |
| Equipment | 2,303,700.52 |  |
| Improvements | 260,196.81 |  |
| Land | 19,127.00 |  |
| Vehicles | 0.00 |  |
| Deferred Tax Asset | 50,500.00 |  |
| Loan Origination Costs | 23,234.36 |  |
| Operating Rights | 0.00 |  |
| Operating Rights:Accumulated Amortization |  | 24,833.55 |
| Operating Rights:PUC Rights | 62,609.63 |  |
| 2000 · Accounts Payable |  | 189,966.53 |
| CC PAYABLE:BANK OF AMERICA |  | 2,207.49 |
| CC PAYABLE:CAPITAL ONE |  | 6,252.81 |
| CC PAYABLE:CHASE | 0.00 |  |
| CC PAYABLE:CHASE BP |  | 13,961.00 |
| CC PAYABLE:DISCOVER |  | 12,993.67 |
| CC PAYABLE:PNC BANK (FIA) |  | 6,669.35 |
| S & T Bank | 0.00 |  |
| ACCRUED FUTA |  | 5,137.16 |
| ACCRUED INTEREST |  | 45,374.08 |
| ACCRUED LOCAL |  | 7,278.89 |
| ACCRUED PAUC |  | 3,727.32 |
| ACCRUED PENALTY |  | 195,000.45 |
| ACCRUED PENALTY (LOCAL) |  | 7,276.23 |
| ACCRUED PENALTY (PA) |  | 22,000.00 |
| ACCRUED STATE TAX | 19,966.64 |  |
| ACCRUED WAGES | 0.00 |  |
| DEFERRED REVENUE | 0.00 |  |
| Deferred Tax Liability |  | 25,850.00 |
| Lancer Collateral | 0.00 |  |
| Leased Expense | 0.00 |  |
| LOC (PNC) | 0.00 |  |
| PNC - Letter of Credit | 0.00 |  |
| 2100 · Payroll Liabilities |  | 726,924.10 |
| BB #238 PAYABLE (S&T) |  | 18,873.44 |
| BB #239 PAYABLE (S&T) |  | 26,485.29 |
| BB #240 PAYABLE (S&T) |  | 29,624.96 |
| BB# 237 PAYABLE (S&T) |  | 8,687.04 |
| LOAN- GREAT ESCAPES | 0.00 |  |
| LOAN ABA | 0.00 |  |
| Loan Payable - ATE Motor Sales | 0.00 |  |
| Loan Payable (Edenfield) |  | 200,000.00 |
| Loan Payable (PNC) |  | 451,640.87 |
| Loan Payable Bluebird |  | 18,425.26 |
| Loan Payable Carpenter |  | 10,183.76 |
| MC 328/329 | 0.00 |  |
| SB #233 (NATCITY) | 0.00 |  |
| SB #234 (NATCITY) | 0.00 |  |

# Edenfield Stages Inc
## Trial Balance
### As of May 31, 2009

|  | May 31, 09 | |
|---|---:|---:|
|  | Debit | Credit |
| SB #235 (PNC) | 8,138.00 | |
| SHV #511 | 9,197.97 | |
| VEH #241 CAPITAL LEASE (Puget) | 5,862.29 | |
| VEH #510 CAPITAL LEASE (Puget) | 148,722.17 | |
| 4070 · Officer's Loan Payable | | |
| 4070 · Officer's Loan Payable:LOAN-AM | 0.00 | |
| 4070 · Officer's Loan Payable:LOAN-CS | 5,000.00 | |
| 4070 · Officer's Loan Payable:LOAN-EM | | 380,456.34 |
| 4070 · Officer's Loan Payable:LOAN-JO | 0.00 | |
| 4070 · Officer's Loan Payable:LOAN-KM | 0.00 | |
| 4070 · Officer's Loan Payable:LOAN-MK | 0.00 | |
| 4070 · Officer's Loan Payable:LOAN-PS | 0.00 | |
| 4070 · Officer's Loan Payable:LOAN-RH | 42,500.00 | |
| 4070 · Officer's Loan Payable:LOAN-TC | 0.00 | |
| 4070 · Officer's Loan Payable:LOAN-TK | 650.00 | |
| 4070 · Officer's Loan Payable:LOAN-VO | 6,036.00 | |
| Paid in Capital | | 219,452.94 |
| PRIOR PERIOD ADJ | 0.00 | |
| Treasury Stock | 1,450,000.00 | |
| 1110 · Retained Earnings | | 381,992.22 |
| 1520 · Capital Stock | | 1,000.00 |
| 3000 · Opening Bal Equity | 0.00 | |
| 4000 · ESI Retail | | 151,244.78 |
| 4000 · ESI Retail:4002 · Commission | 336.98 | |
| 4010 · ESI Charter/Group | 3,825.00 | |
| 4020 · ESI UASD | 200,375.77 | |
| 4030 · ESI - Westmoreland Transit | 1,227,984.02 | |
| 4040 · ESI FACT | 280,854.64 | |
| 4050 · ESI Cal U | 68,990.75 | |
| 4052 · Seton Hill University | 42,505.50 | |
| 4055 · Vending Machine Income | 43.17 | |
| 4060 · ESI Other | 58,906.26 | |
| 4065 · ET - Other Income | 2,707.77 | |
| 4074 · ES - Tax Refunds | 777.11 | |
| Expense Report | 4,694.05 | |
| LEASE EXPENSE | 13,776.22 | |
| Miscellaneous | 133,163.27 | |
| OFFICERS LIFE INS | 1,035.50 | |
| Petty Cash | 11,898.00 | |
| Shop | 551.31 | |
| Tool Allowance | 150.00 | |
| 4001 · Reconciliation Discrepancies | 1,446.00 | |
| 4100 · Customer Refund | 4,206.44 | |
| 5000 · Tour Expense | 3,550.85 | |
| 5000 · Tour Expense:5015 · Hotel/Broker Packages | 18,183.90 | |
| 5000 · Tour Expense:5020 · Driver Tolls & Parking | 6,088.73 | |
| 5000 · Tour Expense:5025 · Attractions/Tickets | 3,321.36 | |
| 5000 · Tour Expense:5030 · Driver Rooms | 1,253.67 | |
| 5000 · Tour Expense:5035 · Meals | 2,307.35 | |
| 5000 · Tour Expense:5040 · Sub contract Tour | 20,190.00 | |
| 5100 · Vehicle Repair | 10,763.03 | |
| 5100 · Vehicle Repair:5110 · Vehicle General Parts | 110,026.30 | |
| 5100 · Vehicle Repair:5112 · Vehicle Repair Other | 10,648.77 | |
| 5100 · Vehicle Repair:5115 · Tires | 14,561.87 | |
| 6110 · Automobile Expense | 988.01 | |
| 6120 · Bank Service Charges | 22,822.36 | |
| 6120 · Bank Service Charges:6121 · Credit Card Merchant Ser... | 361.53 | |
| 6120 · Bank Service Charges:6122 · Return Check Fee | 70.00 | |
| 6120 · Bank Service Charges:6123 · Monthly Service Fee | 160.00 | |
| 6180 · Insurance | 217,283.25 | |
| 6180 · Insurance:6185 · General Liability & WC | 11,307.00 | |
| 6200 · Interest Expense | 6,750.00 | |
| 6230 · Licenses and Permits | 3,102.58 | |
| 6240 · Driver's Expense | 2,457.65 | |

Total (partial): 5,709.39

# Edenfield Stages Inc
## Trial Balance
### As of May 31, 2009

| | May 31, 09 | |
|---|---:|---:|
| | Debit | Credit |
| 6240 · Driver's Expense:6241 · Driver's Credential | 810.00 | |
| 6240 · Driver's Expense:6242 · Physicals/Drug&Alcohol Test | 3,660.68 | |
| 6250 · Postage and Delivery | 143.00 | |
| 6250 · Postage and Delivery:6251 · Bulk Mail | 4,695.67 | |
| 6263 · Advertising | 355.91 | |
| 6265 · Newspaper Advertising | 2,405.97 | |
| 6270 · Professional Fees | 24,071.50 | |
| 6270 · Professional Fees:6275 · Consulting Fee | 9,126.67 | |
| 6270 · Professional Fees:6280 · Legal Fees | 17,141.50 | |
| 6300 · Repairs | 334.13 | |
| 6340 · Telephone | 2,658.93 | |
| 6340 · Telephone:6345 · Cellular Phone | 2,478.18 | |
| 6390 · Utilities:6391 · Cable | 704.43 | |
| 6390 · Utilities:6392 · Sanitation | 1,574.45 | |
| 6390 · Utilities:6400 · Gas and Electric | 8,853.68 | |
| 6390 · Utilities:6410 · Water | 1,379.30 | |
| 6500 · Payroll Based Expenses | 6,705.00 | |
| 6560 · Payroll Expenses | 917,075.94 | |
| 6600 · Office Expense | 8,122.46 | |
| 6700 · Tax | 270.82 | |
| 6800 · Fuel | 189,198.21 | |
| 6900 · Facilities Expense | 13,500.86 | |
| SALE OF ASSET | 28,270.00 | |
| 2015 · Penalties | 25.00 | |
| 8010 · Other Expenses | 2,861.74 | |
| TOTAL | 6,883,310.67 | 6,883,310.67 |

# Form 1120 — U.S. Corporation Income Tax Return

**Form 1120** Department of the Treasury, Internal Revenue Service
**U.S. Corporation Income Tax Return**
For calendar year 2008 or tax year beginning _____, ending _____
EXTENSION GRANTED TO 09/15/09
OMB No. 1545-0123
**2008**

CLIENT'S COPY

**A Check if:**
- 1a Consolidated return (attach Form 851) ☐
- 1b Life/nonlife consolidated return ☐
- 2 Personal holding co. (attach Sch. PH) ☐
- 3 Personal service corp. (see instructions) ☐
- 4 Schedule M-3 attached ☐

Use IRS label. Otherwise, print or type.

**Name:** EDENFIELD STAGES, INC
**Number, street, and room or suite no.:** 1823 BUSINESS ROUTE 66
**City or town, state, and ZIP code:** GREENSBURG, PA 15601

**B Employer identification number:** 25-1332317
**C Date incorporated:** 02/17/1976
**D Total assets (see instructions):** $ 770,709.

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales 4,828,240. b Less returns and allowances 24,152. c Bal ▶ | 1c 4,804,088. |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit. Subtract line 2 from line 1c | 4,804,088. |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 32,270. |
| 10 | Other income (attach schedule) SEE STATEMENT 1 | 2,004. |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 4,838,362. |

## Deductions (See instructions for limitations on deductions.)

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) ▶ | 23,077. |
| 13 | Salaries and wages (less employment credits) | 1,711,040. |
| 14 | Repairs and maintenance | 101,638. |
| 15 | Bad debts | |
| 16 | Rents | 2,181. |
| 17 | Taxes and licenses SEE STATEMENT 2 | 203,899. |
| 18 | Interest | 162,372. |
| 19 | Charitable contributions | |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 101,268. |
| 21 | Depletion | |
| 22 | Advertising | 18,490. |
| 23 | Pension, profit-sharing, etc., plans | 65,716. |
| 24 | Employee benefit programs | |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach schedule) SEE STATEMENT 3 | 2,194,937. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 4,584,618. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 253,744. |
| 29 | Less: a Net operating loss deduction STATEMENT 4 29a 253,744. | |
| | b Special deductions (Schedule C, line 20) 29b | |
| | | 29c 253,744. |
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 0. |
| 31 | Total tax (Schedule J, line 10) | 0. |

## Tax, Refundable Credits, and Payments

- 32a 2007 overpayment credited to 2008 — 32a
- b 2008 estimated tax payments — 32b
- c 2008 refund applied for on Form 4466 — 32c ( ) d Bal ▶ 32d
- e Tax deposited with Form 7004 — 32e
- f Credits: (1) Form 2439 _____ (2) Form 4136 _____ — 32f
- g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c — 32g
- 32h
- 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐
- 34 **Amount owed.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed — 0.
- 35 **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid
- 36 Enter amount from line 35 you want: Credited to 2009 estimated tax ▶ _____ Refunded ▶ 36

**Sign Here:** Signature of officer (signed) 6/24/09 Title: PRESIDENT
May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

**Paid Preparer's Use Only:**
- Preparer's signature ▶
- Preparer's SSN or PTIN: P00209788
- Firm's name: MALIN, BERGQUIST & COMPANY, LLP
- Address: 351 HARVEY AVENUE, SUITE A, GREENSBURG, PA 15601-1911
- EIN: 25-1249913
- Phone no.: 724-838-8322

811601 12-31-08   JWA   For Privacy/Paperwork Reduction Act Notice, see instructions.   1   Form 1120 (2008)

Form 1120 (2008) EDENFIELD STAGES, INC                                          25-1332317  Page 2

| Schedule A | Cost of Goods Sold (see instructions) | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach schedule) | 4 |
| 5 | Other costs (attach schedule) | 5 |
| 6 | Total. Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9 a Check all methods used for valuing closing inventory:
   (i)   ☐ Cost
   (ii)  ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____
  b Check if there was a writedown of subnormal goods ............................................................. ▶ ☐
  c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ....... ▶ ☐
  d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of
     closing inventory computed under LIFO ...................................................... | 9d |
  e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ......... ☐ Yes ☐ No
  f Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
     If "Yes," attach explanation ......................................................................................... ☐ Yes ☐ No

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Total. Add lines 1 through 8 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

| Schedule E | Compensation of Officers (see instructions for page 1, line 12) Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more. | | | | | |
|---|---|---|---|---|---|---|
| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
| | | | | (d) Common | (e) Preferred | |
| 1 | DONALD KISSELL | 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 | 100.00 | 100.00% | | 23,077. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2 | Total compensation of officers | | | | | 23,077. |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | | | | | 23,077. |

811611
12-31-08  JWA                                                                    Form **1120** (2008)

2

Form 1120 (2008) EDENFIELD STAGES, INC  25-1332317 Page 3

| Schedule J | Tax Computation (see instructions) | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | 2 | 0. |
| 3 | Alternative minimum tax (attach Form 4626) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | Total credits. Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9 | Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) | 9 | |
| 10 | Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 | 10 | 0. |

**Schedule K | Other Information (see instructions)**

1. Check accounting method: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶

2. See the instructions and enter the:
   a Business activity code no. ▶ 485210
   b Business activity ▶ TRANSPORTATION
   c Product or service ▶ TRANSIT SYSTEM

3. Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? .... No: X
   If "Yes," enter name and EIN of the parent corporation ▶

4. At the end of the tax year:
   a Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), or trust own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v). .... No: X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |

b Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv). .... Yes: X

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| DONALD KISSELL | 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 | UNITED STATES | 100.00% |

JWA
811621
12-31-08

Form **1120** (2008)

3

| Schedule K | Continued |
|---|---|

5　At the end of the tax year, did the corporation:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Yes | No

　a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions ..... X

　　If "Yes," complete (i) through (iv).

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

　b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ..... X

　　If "Yes," complete (i) through (iv).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

6　During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) ..... X
　　If "Yes," file Form 5452, Corporate Report of Nondividend Distributions.
　　If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

7　At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of the corporation's stock entitled to vote or (b) the total value of all classes of the corporation's stock? ..... X
　　For rules of attribution, see section 318. If "Yes," enter:
　　(i) Percentage owned ▶ _____ and (ii) Owner's country ▶ _____
　　(c) The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

8　Check this box if the corporation issued publicly offered debt instruments with original issue discount ..... ▶ ☐
　　If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

9　Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

10　Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 　　1

11　If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ..... ▶ ☐
　　If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

12　Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $　　609,026.

13　Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? ..... X
　　If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 60,872. | | |
| 2a | Trade notes and accounts receivable | 50,205. | | 47,025. | |
| b | Less allowance for bad debts | ( ) | 50,205. | ( ) | 47,025. |
| 3 | Inventories | | 119,647. | | 122,976. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. sch.) STMT 5 | | 61,191. | | 37,658. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. sch.) | | | | |
| 10a | Buildings and other depreciable assets | 2,550,738. | | 2,146,988. | |
| b | Less accumulated depreciation | ( 2,098,071.) | 452,667. | ( 1,736,841.) | 410,147. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 19,127. | | 19,127. |
| 13a | Intangible assets (amortizable only) | 30,000. | | 30,000. | |
| b | Less accumulated amortization | ( 24,834.) | 5,166. | ( 26,834.) | 3,166. |
| 14 | Other assets (att. sch.) STMT 6 | | 83,110. | | 130,610. |
| 15 | Total assets | | 851,985. | | 770,709. |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 | Accounts payable | | 189,967. | | 125,106. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 210,569. | | 232,042. |
| 18 | Other current liabilities (att. sch.) STMT 7 | | 869,511. | | 913,115. |
| 19 | Loans from shareholders | | 443,800. | | 302,695. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 888,262. | | 728,039. |
| 21 | Other liabilities (att. sch.) STMT 8 | | 25,850. | | 47,000. |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 1,000. | 1,000. | 1,000. | 1,000. |
| 23 | Additional paid-in capital | | 219,453. | | 219,453. |
| 24 | Retained earnings - Appropriated (attach schedule) | | | | |
| 25 | Retained earnings - Unappropriated | | <546,427.> | | <347,741.> |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock | | ( 1,450,000.) | | ( 1,450,000.) |
| 28 | Total liabilities and shareholders' equity | | 851,985. | | 770,709. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 198,686. | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
| 2 | Federal income tax per books | | <26,350.> | | | |
| 3 | Excess of capital losses over capital gains | | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): SEE STATEMENT 9 | | 2,842. | 8 | Deductions on this return not charged against book income this year (itemize): a Depreciation $ 16,090. b Charitable contributions $ _____ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): a Depreciation $ _____ b Charitable contributions $ _____ c Travel and entertainment $ 3,505. STMT 10  91,151. | | 94,656. | | | 16,090. |
| | | | | 9 | Add lines 7 and 8 | 16,090. |
| 6 | Add lines 1 through 5 | | 269,834. | 10 | Income (page 1, line 28) - line 6 less line 9 | 253,744. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | <546,427.> | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | 198,686. | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | <347,741.> | 8 | Balance at end of year (line 4 less line 7) | <347,741.> |

| Form **4562** | **Depreciation and Amortization** | | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Including Information on Listed Property) OTHER<br>▶ See separate instructions. ▶ Attach to your tax return. | | **2008**<br>Attachment Sequence No. 67 |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| EDENFIELD STAGES, INC | OTHER DEPRECIATION | 25-1332317 |

**Part I** Election To Expense Certain Property Under Section 179 Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation for qualified property (other than listed property) placed in service during the tax year | 14 | 36,500. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 57,684. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2008 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 35,018. | 5.0 | HY | 200DB | 7,004. |
| c 7-year property | | 65. | 7.0 | HY | 200DB | 9. |
| d 10-year property | | | | | | |
| e 15-year property | | 1,417. | 15.0 | HY | 150DB | 71. |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 101,268. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

816251
11-08-08  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form 4562 (2008)

6

Form 4562 (2008)　　EDENFIELD STAGES, INC　　　　　　　　　　　　　　　25-1332317　Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2008 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2008 tax year | | | | 43 | 2,000. |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | 2,000. |

816252 11-08-08

7

Form 4562 (2008)

# Form 4797 — Sales of Business Property

**Form 4797**
Department of the Treasury
Internal Revenue Service (99)

Sales of Business Property
(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))
▶ Attach to your tax return.

OMB No. 1545-0184

**2008**

Attachment Sequence No. **27**

Name(s) shown on return: **EDENFIELD STAGES, INC**
Identifying number: **25-1332317**

1. Enter the gross proceeds from sales or exchanges reported to you for 2008 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) ........ **1**

## Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2 | | | | | | |
| | | | | | | |
| | | | | | | |

3. Gain, if any, from Form 4684, line 45 .......... **3**
4. Section 1231 gain from installment sales from Form 6252, line 26 or 37 .......... **4**
5. Section 1231 gain or (loss) from like-kind exchanges from Form 8824 .......... **5**
6. Gain, if any, from line 32, from other than casualty or theft .......... **6**
7. Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: .......... **7**

    **Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

    **Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

8. Nonrecaptured net section 1231 losses from prior years (see instructions) .......... **8**
9. Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) .......... **9**

## Part II — Ordinary Gains and Losses

10. Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

11. Loss, if any, from line 7 .......... **11** ( )
12. Gain, if any, from line 7 or amount from line 8, if applicable .......... **12**
13. Gain, if any, from line 31 .......... **13** 32,270.
14. Net gain or (loss) from Form 4684, lines 37 and 44a .......... **14**
15. Ordinary gain from installment sales from Form 6252, line 25 or 36 .......... **15**
16. Ordinary gain or (loss) from like-kind exchanges from Form 8824 .......... **16**
17. Combine lines 10 through 16 .......... **17** 32,270.
18. For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

    a. If the loss on line 11 includes a loss from Form 4684, line 41, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a." See instructions .......... **18a**

    b. Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 .......... **18b**

JWA For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (2008)

| Part III | Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 | | |
|---|---|---|---|

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A  EQUIPMENT, BUSES AND VANS | 072491 | 063008 |
| B | | |
| C | | |
| D | | |

| | These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) | 20 | 56,270. | | | |
| 21 | Cost or other basis plus expense of sale | 21 | 476,750. | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 452,750. | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 24,000. | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 32,270. | | | |
| 25 | If section 1245 property: | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 452,750. | | | |
| b | Enter the smaller of line 24 or 25a | 25b | 32,270. | | | |
| 26 | If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 | 26a | | | | |
| b | Applicable percentage multiplied by the smaller of line 24 or line 26a | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the smaller of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage | 27b | | | | |
| c | Enter the smaller of line 24 or 27b | 27c | | | | |
| 28 | If section 1254 property: | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | 28a | | | | |
| b | Enter the smaller of line 24 or 28a | 28b | | | | |
| 29 | If section 1255 property: | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| b | Enter the smaller of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 32,270. |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 32,270. |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 39. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

| Part IV | Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions.) |
|---|---|

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation (see instructions) | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

| Form **8827** | Credit for Prior Year Minimum Tax - Corporations | OMB No. 1545-1257 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to the corporation's tax return. | **2008** |

| Name | Employer identification number |
|---|---|
| EDENFIELD STAGES, INC | 25-1332317 |

| | | |
|---|---|---|
| 1 Alternative minimum tax (AMT) for 2007. Enter the amount from line 14 of the 2007 Form 4626 | 1 | |
| 2 Minimum tax credit carryforward from 2007. Enter the amount from line 9 of the 2007 Form 8827 | 2 | 7,432. |
| 3 Enter any 2007 unallowed qualified electric vehicle credit (see instructions) | 3 | |
| 4 Add lines 1, 2, and 3 | 4 | 7,432. |
| 5 Enter the corporation's 2008 regular income tax liability minus allowable tax credits (see instructions) | 5 | 0. |
| 6 Is the corporation a "small corporation" exempt from the AMT for 2008 (see instructions)? • **Yes.** Enter 25% of the excess of line 5 over $25,000. If line 5 is $25,000 or less, enter -0- • **No.** Complete Form 4626 for 2008 and enter the tentative minimum tax from line 12 | 6 | 0. |
| 7a Subtract line 6 from line 5. If zero or less, enter -0- | 7a | 0. |
| b For a corporation electing to accelerate the minimum tax credit, enter the bonus depreciation amount attributable to the minimum tax credit (see instructions) | 7b | |
| c Add lines 7a and 7b | 7c | |
| 8a Enter the **smaller** of line 4 or line 7c. If the corporation had a post-1986 ownership change or has pre-acquisition excess credits, see instructions | 8a | |
| b **Current year minimum tax credit.** Enter the smaller of line 4 or line 7a here and on Form 1120, Schedule J, line 5d (or the applicable line of your return). If you made an entry on line 7b, go to line 8c. Otherwise, skip line 8c | 8b | 0. |
| c Subtract line 8b from line 8a. This is the refundable amount for a corporation electing to accelerate the minimum tax credit. Include this amount on line 32g of Form 1120 (or the applicable line of your return) | 8c | |
| 9 **Minimum tax credit carryforward to 2009.** Subtract line 8a from line 4. Keep a record of this amount to carry forward and use in future years | 9 | 7,432. |

EDENFIELD STAGES, INC                                              25-1332317

| FORM 1120 | OTHER INCOME | STATEMENT 1 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| FUEL TAX CREDIT - 2007 | | 1,668. |
| OTHER INCOME | | 336. |
| TOTAL TO FORM 1120, LINE 10 | | 2,004. |

| FORM 1120 | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| PAYROLL TAXES | | 198,137. |
| MISCELLANEOUS TAX & LISCENSE | | 5,762. |
| TOTAL TO FORM 1120, LINE 17 | | 203,899. |

| FORM 1120 | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| AMORTIZATION | | 2,000. |
| CREDIT SALES CHARGE | | 29,767. |
| DRIVERS EXPENSE | | 24,017. |
| DUES AND SUBSCRIPTIONS | | 487. |
| LEASED BUS EXPENSE | | 167. |
| INSURANCE | | 424,747. |
| FUEL | | 770,425. |
| LICENSE & PERMITS | | 1,936. |
| PARKING FEES | | 7,131. |
| EMPLOYEE MEDICAL INSURANCE | | 157,422. |
| POSTAGE & DELIVERY | | 3,311. |
| PROFESSIONAL FEES | | 67,890. |
| TRIP EXPENSE - ROOMS | | 82,726. |
| SUPPLIES | | 13,376. |
| TELEPHONE | | 14,452. |
| TRIP EXPENSE - TICKETS & ADMISSIONS | | 32,465. |
| TIRES | | 44,754. |
| TRIP EXPENSE - OTHER | | 176,252. |
| UTILITIES | | 20,932. |
| VEHICLE EXPENSE | | 283,788. |
| CONSULTING | | 12,044. |
| FACILITIES EXPENSE | | 21,343. |
| MEALS AND ENTERTAINMENT | | 3,505. |
| TOTAL TO FORM 1120, LINE 26 | | 2,194,937. |

EDENFIELD STAGES, INC                                             25-1332317

---

| | | NET OPERATING LOSS DEDUCTION | | STATEMENT 4 |

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|
| 12/31/01 | 99,266. | 99,266. | 0. | 0. |
| 12/31/02 | 33,244. | 33,244. | 0. | 0. |
| 12/31/03 | 111,255. | 111,255. | 0. | 0. |
| 12/31/04 | 122,729. | 122,729. | 0. | 0. |
| 12/31/05 | 710,663. | 101,637. | 609,026. | 609,026. |
| NOL AVAILABLE THIS YEAR | | | 609,026. | 609,026. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 5 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID EXPENSES | 57,268. | 37,658. |
| PREPAID CORPORATE TAXES | 3,923. | 0. |
| TOTAL TO SCHEDULE L, LINE 6 | 61,191. | 37,658. |

---

| SCHEDULE L | OTHER ASSETS | STATEMENT 6 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PUC RIGHTS | 32,610. | 32,610. |
| DEFERRED TAX ASSET | 50,500. | 98,000. |
| TOTAL TO SCHEDULE L, LINE 14 | 83,110. | 130,610. |

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 7 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED PAYROLL TAXES | 491,537. | 445,320. |
| CREDIT CARD PAYABLE | 58,579. | 49,952. |
| ACCRUED WAGES | 49,744. | 56,192. |
| ACCRUED INTEREST & PENALTY | 269,651. | 361,651. |
| TOTAL TO SCHEDULE L, LINE 18 | 869,511. | 913,115. |

EDENFIELD STAGES, INC                                              25-1332317

| SCHEDULE L | OTHER LIABILITIES | | STATEMENT 8 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DEFERRED TAXES | 25,850. | 47,000. |
| TOTAL TO SCHEDULE L, LINE 21 | 25,850. | 47,000. |

| SCHEDULE M-1 | TAXABLE INCOME NOT RECORDED ON BOOKS | STATEMENT 9 |

| DESCRIPTION | AMOUNT |
|---|---|
| GAIN (LOSS) ON SALE OF ASSETS NOT ON BOOKS | 2,842. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 2,842. |

| SCHEDULE M-1 | OTHER EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN THIS RETURN | STATEMENT 10 |

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICERS LIFE INSURANCE | 1,151. |
| NONDEDUCTABLE ACCRUED INTEREST & PENALTIES | 90,000. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 91,151. |

**Form 7004**
(Rev. December 2008)
Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns**

▶ File a separate application for each return.
▶ See separate instructions.

OMB No. 1545-0233

| Type or Print | Name | Identifying number |
|---|---|---|
| | EDENFIELD STAGES, INC | 25-1332317 |

File by the due date for the return for which an extension is requested. See instructions.

Number, street, and room or suite no. (If P.O. box, see instructions.)
1823 BUSINESS ROUTE 66

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code))
GREENSBURG, PA 15601

Note. See instructions before completing this form.

**Part I** Automatic 5-Month Extension Complete if Filing Form 1065, 1041, or 8804

1a Enter the form code for the return that this application is for (see below) .................

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II** Automatic 6-Month Extension Complete if Filing Other Forms

b Enter the form code for the return that this application is for (see below) ................. 12

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

2 If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ▶ ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ▶ ☐
If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**Part III** All Filers Must Complete This Part

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ▶ ☐

5a The application is for calendar year 2008, or tax year beginning _____, and ending _____

b Short tax year. If this tax year is less than 12 months, check the reason:
☐ Initial return ☐ Final return ☐ Change in accounting period ☐ Consolidated return to be filed

| 6 | Tentative total tax | 6 | 0. |
|---|---|---|---|
| 7 | Total payments and credits (see instructions) | 7 | 0. |
| 8 | Balance due. Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) | 8 | 0. |

LHA For Privacy Act and Paperwork Reduction Act Notice, see separate Instructions.

819741
12-22-08

Form 7004 (Rev. 12-2008)